# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-4678

———————————————————

RAHIM RASHID ALLAH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition to Invoke All Writs Jurisdiction—Original Jurisdiction.

January 28, 2019

PER CURIAM.

DISMISSED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Rahim Rashid Allah, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.